UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

~~Wease Kimberly [Kw19] RN~~ Jack Smith 138917

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**
October 2, 2024 12:06 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: KB / 10/2

**1:24-cv-1035**
**Ray Kent**
**U.S. Magistrate Judge**

v.

Wease Kimberly [Kw19] Rn
MDOC

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☐ No ☒

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   ______

2. Is the action still pending? Yes ☐ No ☐

   a. If your answer was no, state precisely how the action was resolved: ______

3. Did you appeal the decision? Yes ☐ No ☐

4. Is the appeal still pending? Yes ☐ No ☐

   a. If not pending, what was the decision on appeal? ______

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☐

   a. If so, explain: ______

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff Jack E Smith

Place of Present Confinement Carson City Correctional Fac DRF

Address 10274 Boyer Rd Carson City Mi 48811

Place of Confinement During Events Described in Complaint 10274 Boyer Rd Carson City Mi 48811

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 Wease Kimberly [Kw19] Rn

Position or Title Register nurce

Place of Employment Carson City Correctional Facility DRF

Address 10274 Boyer Rd Carson City Mich. 48811

Official and/or personal capacity? nurce

Name of Defendant #2 __________

Position or Title __________

Place of Employment __________

Address __________

Official and/or personal capacity? __________

Name of Defendant #3 __________

Position or Title __________

Place of Employment __________

Address __________

Official and/or personal capacity? __________

Name of Defendant #4 __________

Position or Title __________

Place of Employment __________

Address __________

Official and/or personal capacity? __________

Name of Defendant #5 __________

Position or Title __________

Place of Employment __________

Address __________

Official and/or personal capacity? __________

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

on 1-31-23 I had a Call out To See The Nurse. as alwace They Took My blood preasure and It was 219 over 103. oh! Seas The nurse we have To Send you To The hospital You Can Die From this. It Took Them a half hr To Talk me into Letting Them Send me To The hospital. after about 3 hrs at The hospital They Sent Me Back To The prison. when I got back To The prison they Took my blood preasure and Sent me right Back To The hospital.

on 2-1-24 I had anouther Call out To See The nurse. I had To get away From My Bunkie So inorder To get this accomplished I needed To Force MDOC into Moveing Me inorder To Do This i Lied To The nurse and Told her I had Taken a bunch of pills Becus I did not Want To Live. They put me in Segragation on SewaSide watch until The Following Day when I Saw My Phyc and Told Her I only Sead That So I would Be Moved. that Same hr I was Put Back in general Population in a different room and new Bunkie.

More than a year after The Fact I get a papper Saying They want me To Pay The Hospital Bill of 3332.00 This is The honest To GOD Truth.

this was all almost 2 years ago!

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I am asking this Court To Do what is right By ordering MDOC To Stop Takeing my money and To give back every Doller Taken From me under Thies False pretentions

I was Sent To The Hospital Becus of my Blood presure was 219 over 103, no outher reason. no one knows why my Blood presure was So High. Med Rec Show what was in my Blood. Also MDOC Be ordered To pay any/and all Court Costs in This Case.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

- [x] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.
- [ ] I request that this case be assigned to a district judge.

9-20-24
**Date**

Jack E. Smith [signature]
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

~~U of M Health- Sparrow~~
~~Health Information Management 7181~~
~~1215 E Michigan Ave.~~
~~Lansing, MI 48912~~

US POSTAGE PITNEY BOWES
ZIP 48811 $ 008.00[0]
02 4W
0000386197 SEP 30 2024

Jack Smith 138917
C/o Carson City Correctional Fac
10274 Boyer Rd
Carson City, Mich
48811

12.14

~~JACK SMITH #138917~~
~~C/O CARSON CITY CORRECTIONAL FACILITY~~
~~10274 BOYER ROAD~~
~~CARSON CITY MI 48811~~

P

SPARROW H(
1215 E MICHI(
LANSING MI 4

U.S. District Court
399 Federal Building
110 Michigan St NW

Grand Rapids, Mich.
49503

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9022 0078 9173 6007 73

LAB400R Aug. 2013
7690-17-000-0669